Gregory M. Shanfeld, Bar No. 173828
**Wadhwani & Shanfeld, A Prof. Law Corp.**
15233 Ventura Blvd., Suite 1000
Sherman Oaks, CA 91403
(818) 784-0500 Telephone
(818) 784-0508 Fax
Greg@wslaw.com

Attorney for Debtors,
Greggy & Marie Clare Alonte

FILED & ENTERED

OCT 24 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Spann    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

In re:

**GREGGY & MARIE CLARE ALONTE,**
    Debtors

Case No: 9:24-bk-10833-RC

Chapter 7

**ORDER GRANTING MOTION FOR REDEMPTION OF
2021 TESLA MODEL 3 FINANCED THROUGH J.P. MORGAN CHASE BANK N.A. UNDER 11 U.S.C. 722**

DATE:    October 22, 2024
TIME:    1:00 pm
CRTRM:    201
PLACE:    1415 State Street,
             Santa Barbara, CA 93101

    The Debtors herein filed that certain Motion for Redemption of 2021 Tesla Model 3 Financed Through J.P Morgan Chase Bank N.A. Under 11 U.S.C. 722 [docket no. 12] requesting that the Court approve the Debtors' request to redeem their 2021 Tesla Model 3 (the "Vehicle") at a redemption value of $20,336. This matter came before the Court on October 22, 2024, and the following parties appeared: Debtor, Greggy Alonte and his attorney, Gregory M. Shanfeld of Wadhwani & Shanfeld, APLC. The Court, having considered the Motion and the papers and records on file herein, *no opposition having been filed to the Motion* and with good cause appearing therefor,

///

///

///

-1-

**IT IS HEREBY ORDERED** that the Motion is GRANTED and the Debtors may redeem the Vehicle by paying to the secured creditor, J.P. Morgan Chase Bank N.A., on or before November 3, 2024, the redemption amount of $20,336.

###

Date: October 24, 2024

Ronald A. Clifford III
United States Bankruptcy Judge